# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 28, 2025

---

## NO. 03-24-00767-CV

---

**In the interest of Z. W.-M.**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP
AFFIRMED IN PART; DISMISSED FOR WANT OF JURISDICTION IN PART--
OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on November 7, 2024. Having reviewed the record and the parties' arguments, the Court holds that it lacks jurisdiction over the trial court's contempt order, and thus, we dismiss for want of jurisdiction appellant Dominique Jamal Williams's appeal from that portion of the trial court's order. The Court concludes that there was no reversible error in the portions of the trial court's order denying Williams's motion to consolidate his custody-modification motions with the enforcement action and determining that the OAG has standing to bring a child-support enforcement action against Williams. Therefore, the Court affirms those portions of the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.